No. 73–364. AMERIND *v.* MANCARI ET AL. Appeal from D. C. N. Mex. Motion of appellee Mancari for leave to proceed *in forma pauperis* in this case and in

No. 73–362 [*Morton, Secretary of the Interior* v. *Mancari,* probable jurisdiction noted, 414 U. S. 1142] granted. Motion as to all other appellees in this case and in No. 73–362 denied. Probable jurisdiction noted. ˙ Case consolidated with No. 73–362 and a total of one hour allotted for oral argument.